# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159724 & (19)(22)(26)(27)(34)(35)(36)(39)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC:  159724
                                             COA:  346786
                                             Macomb CC:  2010-000571-FH

CHRISTIAN PHILLIP MARGOSIAN,
           Defendant-Appellant.

_____/

      By order of February 4, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the April 17, 2019 order of the Court of Appeals.  On order of the Court, the answer having been received, the motions for immediate consideration, to supplement, and for miscellaneous relief are GRANTED.  The application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motions to remand, for police files, for phone records, and for appeal bond are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk

s0921